**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
CONNIE Y. TCHENG (SBN 228171)
ctcheng@dollamir.com
725 S. Figueroa Street, Suite 3275
Los Angeles, California 90017
Tel: 213.542.3380
Fax: 213.542.3381

Attorneys for Defendant (DOE 1),
CAPITAL ONE BANK (USA), N.A.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVO HOLDINGS LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> KIWIJET, LLC, a Delaware limited liability company; NICOLAS STEELE, an individual; ADVANTAGE AVIATION CHARTER, LLC, a California limited liability company; SUPERIOR TRANSPORTATION ASSOCIATES, INC. DBA STAJets; CAPITAL ONE BANK (USA), N.A., and DOES 2 through 25, inclusive, <br><br> Defendants. | Case No. 3:21-cv-00974-BEN-BGS <br><br> *Assigned to Judge Roger T. Benitez; Referred to Magistrate Judge Bernard G. Skomal* <br><br> **DEFENDANT CAPITAL ONE BANK (USA), N.A.'S ANSWER TO FIRST AMENDED COMPLAINT** <br><br> FAC Filed:        04/08/2021 <br> Complaint Filed:  11/12/2020 |

Defendant Capital One Bank (USA), N.A. ("Capital One"), by and through its undersigned counsel, answers Plaintiff Rivo Holdings LLC's First Amended Complaint ("FAC") as follows:

Except as expressly admitted or qualified below, Capital One denies each and every allegation in the Complaint.

## PARTIES

1. Answering paragraph 1, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

2. Answering paragraph 2, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

3. Answering paragraph 3, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

4. Answering paragraph 4, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

5. Answering paragraph 5, Capital One admits that it conducts business in the state of California, County of Orange. As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

6. Answering paragraph 6, Plaintiff sets forth a legal conclusion to which no admission or denial is required.

7. Answering paragraph 7, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

8.  Answering paragraph 8, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

9.  Answering paragraph 9, Plaintiff sets forth a legal conclusion to which no admission or denial is required.

10. Answering paragraph 10, Plaintiff sets forth a legal conclusion to which no admission or denial is required.

## VENUE

11. Answering paragraph 11, Plaintiff sets forth a legal conclusion to which no admission or denial is required.

## GENERAL ALLEGATIONS

12. Answering paragraph 12, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

13. Answering paragraph 13, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

14. Answering paragraph 15, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

15. Answering paragraph 15, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

16. Answering paragraph 16, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

17. Answering paragraph 17, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that

basis denies, generally and specifically, each and every averment contained therein.

18. Answering paragraph 18, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

19. Answering paragraph 19, Capital One admits that Plaintiff submitted a dispute to Capital One regarding credit card transactions relating to KiwiJet. Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

20. Answering paragraph 20, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

21. Answering paragraph 21, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

22. Answering paragraph 22, Capital One admits that it sent Plaintiff correspondence dated April 24, 2020, regarding the dispute. As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

23. Answering paragraph 23, Capital One admits that it sent Plaintiff correspondence dated July 2, 2020, regarding the dispute. As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

24. Answering paragraph 24, Capital One denies, generally and specifically, each and every averment contained therein.

25. Answering paragraph 25, Capital One admits it has not removed the

disputed charges from Plaintiff's account. Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

# FIRST CAUSE OF ACTION
## (CONVERSION)

**Against Defendants KiwiJet, Nicholas Steele, Advantage Aviation, and STAJets**

26. Answering paragraph 26, Capital One hereby incorporates by reference all of the preceding paragraphs.

27. Answering paragraph 27, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

28. Answering paragraph 28, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

29. Answering paragraph 29, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

30. Answering paragraph 30, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

31. Answering paragraph 31, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

32. Answering paragraph 32, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

33. Answering paragraph 33, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that

basis denies, generally and specifically, each and every averment contained therein.

34. Answering paragraph 34, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

35. Answering paragraph 35, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

## SECOND CAUSE OF ACTION

### (FRAUDULENT/INTENTIONAL MISREPRESENTATION)

**Against Defendants KiwiJet and Nicolas Steele**

36. Answering paragraph 36, Capital One hereby incorporates by reference all of the preceding paragraphs.

37. Answering paragraph 37, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

38. Answering paragraph 38, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

39. Answering paragraph 39, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

40. Answering paragraph 40, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

41. Answering paragraph 41, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

42. Answering paragraph 42, Capital One does not have knowledge or

information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

43. Answering paragraph 43, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

44. Answering paragraph 44, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

45. Answering paragraph 45, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

46. Answering paragraph 46, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

47. Answering paragraph 47, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

48. Answering paragraph 48, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

## THIRD CAUSE OF ACTION
### (FRAUDULENT CONCEALMENT)
### Against Defendants KiwiJet and Nicolas Steele

49. Answering paragraph 49, Capital One hereby incorporates by reference all of the preceding paragraphs.

50. Answering paragraph 50, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

DEFENDANT CAPITAL ONE BANK (USA), N.A.'S ANSWER TO FIRST AMENDED COMPLAINT

51. Answering paragraph 51, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

52. Answering paragraph 52, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

53. Answering paragraph 53, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

54. Answering paragraph 54, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

55. Answering paragraph 55, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

56. Answering paragraph 56, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

## FOURTH CAUSE OF ACTION

### (RESCISSION)

**Against Defendants Advantage Aviation and STAJets**

57. Answering paragraph 57, Capital One hereby incorporates by reference all of the preceding paragraphs.

58. Answering paragraph 58, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

59. Answering paragraph 59, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that

basis denies, generally and specifically, each and every averment contained therein.

60. Answering paragraph 60, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

61. Answering paragraph 61, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

62. Answering paragraph 62, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

## FIFTH CAUSE OF ACTION
## (RESTITUTION)
### Against Defendants Advantage Aviation and STAJets

63. Answering paragraph 63, Capital One hereby incorporates by reference all of the preceding paragraphs.

64. Answering paragraph 64, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

65. Answering paragraph 65, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

66. Answering paragraph 66, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

67. Answering paragraph 67, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

68. Answering paragraph 68, Capital One does not have knowledge or

information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

## SIXTH CAUSE OF ACTION
## (BREACH OF CONTRACT)
### Against Defendant Capital One

69. Answering paragraph 69, Capital One hereby incorporates by reference all of the preceding paragraphs.

70. Answering paragraph 70, Capital One admits that it issued a credit card to Plaintiff, which card was governed by written terms and conditions. As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

71. Answering paragraph 71, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

72. Answering paragraph 72, Capital One denies, generally and specifically, each and every averment contained therein.

73. Answering paragraph 73, Capital One denies, generally and specifically, each and every averment contained therein.

## SEVENTH CAUSE OF ACTION
## (BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING)
### Against Defendant Capital One

74. Answering paragraph 74, Capital One hereby incorporates by reference all of the preceding paragraphs.

75. Answering paragraph 75, Plaintiff asserts a legal conclusion to which no admission or denial is required.

76. Answering paragraph 76, Capital One denies, generally and specifically,

each and every averment contained therein.

77. Answering paragraph 77, Capital One denies, generally and specifically, each and every averment contained therein.

## EIGHTH CAUSE OF ACTION

### (VIOLATION OF CALIFORNIA CIVIL CODE SECTION 1747.50)

### Against Defendant Capital One

78. Answering paragraph 78, Capital One hereby incorporates by reference all of the preceding paragraphs.

79. Answering paragraph 79, Plaintiff asserts a legal conclusion to which no admission or denial is required.

80. Answering paragraph 80, Capital One admits that it issued a credit card to Plaintiff. As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

81. Answering paragraph 81, Capital One admits that Plaintiff disputed charges on its Capital One credit card. As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

82. Answering paragraph 82, Capital One admits that Plaintiff submitted to Capital One documentation in connection with the dispute. As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

83. Answering paragraph 83, Capital One admits that it sent correspondence to Plaintiff on April 24, 2020, and July 2, 2020, indicating that it had not received sufficient information to validate the dispute and therefore could not assist. As to the

10
DEFENDANT CAPITAL ONE BANK (USA), N.A.'S ANSWER TO FIRST AMENDED COMPLAINT

remainder of the paragraph, Capital One denies, generally and specifically, each and every averment contained therein.

84. Answering paragraph 84, Capital One denies, generally and specifically, each and every averment contained therein.

85. Answering paragraph 85, Capital One denies, generally and specifically, each and every averment contained therein.

86. Answering paragraph 86, Capital One denies, generally and specifically, each and every averment contained therein.

## NINTH CAUSE OF ACTION
### (RECOVERY UNDER 15 U.S.C., § 1640, ET SEQ.)
### Against Defendant Capital One

87. Answering paragraph 87, Capital One hereby incorporates by reference all of the preceding paragraphs.

88. Answering paragraph 88, Plaintiff sets forth a legal conclusion to which no admission or denial is required.

89. Answering paragraph 89, Plaintiff sets forth a legal conclusion to which no admission or denial is required.

90. Answering paragraph 90, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

91. Answering paragraph 91, Capital One admits that it sent correspondence to Plaintiff on April 24, 2020, and July 2, 2020, indicating that it had not received sufficient information to validate the dispute and therefore could not assist. As to the remainder of the paragraph, Capital One denies, generally and specifically, each and every averment contained therein.

92. Answering paragraph 92, Capital One denies, generally and specifically, each and every averment contained therein.

93. Answering paragraph 93, Capital One denies, generally and specifically,

each and every averment contained therein.

## PRAYER FOR RELIEF

Answering this paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

## AFFIRMATIVE DEFENSES

NOW WHEREFORE, having answered the FAC, Capital One asserts the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

1. The FAC fails to state a claim upon which relief can be granted against Capital One.

### SECOND AFFIRMATIVE DEFENSE

2. Plaintiff failed to mitigate its damages, if any.

### THIRD AFFIRMATIVE DEFENSE

3. Plaintiff's damages, if any, were caused by the actions and/or inaction of third parties and/or intervening causes over which Capital One has no control.

### FOURTH AFFIRMATIVE DEFENSE

4. Damages or injuries, if any, suffered by Plaintiff are attributable to Plaintiff's own conduct, deeds, acts, words and omissions, and not to any conduct, deeds, acts, words or omissions of Capital One.

### FIFTH AFFIRMATIVE DEFENSE

5. Capital One acted reasonably and in good faith at all material times based on all relevant facts and circumstances known by it at the time it so acted.

### SIXTH AFFIRMATIVE DEFENSE

6. Plaintiff is estopped from recovering from Capital One.

### SEVENTH AFFIRMATIVE DEFENSE

7. Plaintiff's FAC seeks punitive damages. Capital One adopts by reference the defenses, criteria, limitations, standards, and constitutional protections

DEFENDANT CAPITAL ONE BANK (USA), N.A.'S ANSWER TO FIRST AMENDED COMPLAINT

mandated or provided by the United States Supreme Court in the following cases: *BMW v. Gore*, 517 U.S. 559 (1996); *Cooper Indus., Inc. v. Leatherman Tool Grp., Inc.*, 532 U.S. 923 (2001); *State Farm v. Campbell*, 538 U.S. 408 (2003); *Phillip Morris USA v. Williams*, 127 S. Ct. 1057 (2007); *Exxon Shipping Co. v. Baker*, 168 S. Ct. 265 (2008).

### EIGHTH AFFIRMATIVE DEFENSE

8.  Capital One pleads and asserts all applicable constitutional, statutory, and common law limitations on punitive damages.

### NINTH AFFIRMATIVE DEFENSE

9.  Capital One is informed and believes, and on that basis alleges that it has complied with all applicable state and federal laws, statutes and regulations and, therefore, cannot be held liable for any alleged damages suffered by Plaintiff.

### TENTH AFFIRMATIVE DEFENSE

10. Plaintiff lacks standing to assert the claims alleged in this action against Capital One because Plaintiff did not suffer a concrete injury.

### ELEVENTH AFFIRMATIVE DEFENSE

11. Capital One reserves the right to supplement its affirmative defenses as it continues with its factual investigation of Plaintiff's claims.

### RESERVATION OF RIGHTS

Capital One expressly reserves the right to assert other affirmative defenses as may be appropriate as this action proceeds.

WHEREFORE, Defendant Capital One prays for judgment against Plaintiff as follows:

a.  That the FAC be dismissed with prejudice in its entirety;
b.  That Plaintiff take nothing by reason of its FAC;
c.  That judgment be entered in favor of Defendant Capital One;

      d.    For recovery of Defendant Capital One's costs of suit, including its attorneys' fees to the extent recoverable by contract or law; and

For such other and further relief as the Court deems just.

DATED: June 28, 2021          DOLL AMIR & ELEY LLP

By: */s/ Connie Y. Tcheng*
    CONNIE Y. TCHENG
Attorneys for Defendant (DOE 1),
CAPITAL ONE BANK (USA), N.A.